1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10   Chromium Communications Corporation,          NO. C 04-05510 JW

11                Plaintiff,                **ORDER TO SHOW CAUSE**
        v.                                  **RE: SETTLEMENT**
12
     Sun Microsystems, Inc.,
13
                 Defendant.
14   _____/

15        On June 15, 2006, David A. Kays, counsel for Plaintiff, informed the Court that the above-

16   entitled matter has reached a settlement.  In light of the settlement, the Court vacates all trial and

17   pretrial dates.  On or before July 10, 2006, the parties shall file a stipulated dismissal pursuant to

18   Federal Rule of Civil Procedure 41(a).

19        If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

20   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on July 17, 2006, at

21   9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ.

22   P. 41(b).  On or before July 10, 2006, the parties shall file a joint statement in response to the Order

23   to Show Cause.  The joint statement shall set forth the status of the activities of the parties for

24   finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

25   If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

26   vacated.

27

28

**United States District Court**
For the Northern District of California

1    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2  this action.

3

4  Dated: June 15, 2006

JAMES WARE
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  David A. Kays eFilingPA@dorsey.com
   Kevin Alan Hughey kevin.hughey@sdma.com
3  Michael David Myers mmyers@myersparker.com
   Patricia A. Welch eFilingPA@dorsey.com

4

5  **Dated: June 15, 2006**                                      **Richard W. Wieking, Clerk**

6

7                                                                **By:      /s/ JW Chambers**
                                                                    **Melissa Peralta**
8                                                                   **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28