SEDGWICK, DETERT, MORAN & ARNOLD LLP
RANDALL G. BLOCK Bar No. 121330
KEVIN HUGHEY Bar No. 197323
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant and
Counterclaimant SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT ~~S~~ IT IS SO ORDERED
Judge James Ware
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CHROMIUM COMMUNICATIONS CORPORATION, a Washington corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant and Counterclaimant. | CASE NO. 04-05510 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

WHEREAS, on September 6, 2005, plaintiff and counterdefendant Chromium Communications Corporation and defendants and counterclaimant Sun Microsystems, Inc. reached agreement and resolved all disputed matters between them; and

WHEREAS, the parties now desire to dismiss with prejudice all claims and counterclaims.

///

///

///

///

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate that the above-captioned action be dismissed with prejudice in its entirety.

DATED: June 16, 2006

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By
RANDALL G. BLOCK
Attorneys for Defendant and Counterclaimant SUN MICROSYSTEMS, INC.

DATED: June 16, 2006

MYERS & PARKER, P.L.L.C.

By
MICHAEL D. MYERS
Attorneys for Plaintiff and Counterdefendant CHROMIUM COMMUNICATIONS CORPORATION

**ORDER OF DISMISSAL**

Based upon the foregoing stipulation and good causc appearing therefore,

**IT IS SO ORDERED.**

Dated: July 7, 2006

Judge James Ware
United States District Judge

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Embarcadero Center, 16th Floor, San Francisco, California 94111-3628. On June 19, 2006, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

☒ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Michael D. Myers, Esq.
Ryan C. Nute, Esq.
Myers & Parker, P.L.L.C.
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Tel: 206-398-1188
Fax: 206 398-1189

Attorneys For Plaintiffs

David A. Kays, Esq.
Patricia A. Welch, Esq.
Ritchey Fisher Whitman & Klein
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, CA 94303
Tel: 650-857-1717
Fax: 650-857-1288

Attorneys For Plaintiffs

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 19, 2006, at San Francisco, California.

Ramonette G. Mendoza